5 F.3d 1492
 Vos (Donald)
v.
Ciazzia (Honorable Judge), Horne (Peter E.), John Doe, I,
John Doe II, John Doe, III, John Doe IV, John Doe, V, County
of Lawrence, John Doe, VI, Morgan (Helen), Reid (Lawrence),
Lacher (James), Pletcher (Susan), Maggiore (Bob), Benning
(L.P.), Wolfe (William), Wilson (James), Chapple (Christy),
Harrison (Bruce), Agnolucci (Mr.), Monsour (Howard, Doctor),
Ayoub (Omar, Doctor)
 NO. 93-3088
 United States Court of Appeals,
Third Circuit.
 July 30, 1993
 
 Appeal From: W.D.Pa.,
 Smith, J.
 
 
 1
 AFFIRMED.